# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF JEFFREY A.
DICKERSON, BAR NO. 2690.

No. 72810

FILED

SEP 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER OF REINSTATEMENT

This is an automatic review of a Northern Nevada Disciplinary Board hearing panel's recommendation on remand that this court grant attorney Jeffrey A. Dickerson's petition for reinstatement.

This court previously suspended Dickerson for 18 months. *In re Discipline of Dickerson*, Docket No. 62093 (Order of Suspension, May 9, 2014). In that order, we required Dickerson to comply with SCR 115 and pass the Professional Responsibility and Attorney Ethics portion of the State Bar Exam before seeking reinstatement. Dickerson has complied with SCR 115 and passed the required portion of the exam. While the hearing panel originally recommended Dickerson's petition for reinstatement be denied, on remand from this court, *In re Reinstatement of Dickerson*, Docket No. 70826 (Order of Remand, Feb. 10, 2017), the panel recommended Dickerson be reinstated to the practice of law in Nevada.

We conclude that Dickerson has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2) (requiring an attorney to demonstrate by "clear and convincing evidence that he or she has the moral qualifications, competency, and learning in

17-30350

law required for admission to practice law in this state" and that the attorney's "resumption of the practice of law will not be detrimental to the integrity and standing of the bar, to the administration of justice, or to the public interest"); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a petition for reinstatement de novo). We therefore approve the panel's recommendation that the petition be granted, but we place a condition on Dickerson's reinstatement. Dickerson shall complete six CLE credits in ethics, in addition to his annually mandated CLE credits, each year for the next two years.

Accordingly, Jeffrey A. Dickerson is hereby reinstated to the practice of law in Nevada subject to the condition indicated above. Dickerson shall pay the costs of the reinstatement proceeding in the amount of $2,500 within 30 days of this order. *See* SCR 120.

It is so ORDERED.

_____, C.J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Chair, Northern Nevada Disciplinary Board
Jeffrey A. Dickerson
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court